Western District of WI

Sara Stevens 4909 Marvin Ave Madison, WI 53711
vs
Donald Trump & J. D. Vance

25 CV 133 JDP

## Grievance

In accordance with my First Amendment right to petition this government for a redress of my grievance, I state the following.

On January 6th, 2021, Donald Trump engaged in insurrection.

Since January 6th, 2021, Donald Trump and J. D. Vance have given aid and comfort to the insurrectionists. Most recently, he has pardoned those who pled guilty or where found guilty of insurrection.

The 14th Amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald Trump and J. D. Vance be declared illegitimate holders of their office and removed therefrom.

I ask that I am refunded the cost of my filing.

Sara Stevens

*Sara Stevens* (signature)

FILED/REC'D
2025 FEB 24 A 11: 12
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI